UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

R.D. RYNO, JR., *et al.*,

        Petitioners,

v.

UNITED STATES OF AMERICA, *et al.*,

        Respondents.

Civil Action No. 1:06cv00671

ORDER DIRECTING RESPONDENT TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is this 28 day of October 2006,

ORDERED that respondents, by counsel, shall, within 30 days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of the Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshall for the purpose of making service on petitioner's warden and the United States Attorney for the District of Columbia.

RICHARD J. LEON
United States District Judge