UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| R.D. Ryno, Jr., *et. al.*, ) | Civil Action No. 1:06-CV-00671 **RJL** |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | DEMAND FOR AWARD OF WRIT |
| ) | OF HABEAS CORPUS |
| UNITED STATES of AMERICA, *et al.*, ) | |
| ) | RECEIVED |
| Defendants. ) | DEC 1 4 2006 |
| ) | |
| ) | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

### DEMAND FOR AWARD OF WRIT OF HABEAS CORPUS

Petitioners hereby demand that this Court award the Writ of Habeas corpus in the above captioned cause for reason that:

On October 29, 2006 pursuant to 28 U.S.C. § 2243, this Court ordered respondents to show cause why the Writ of Habeas Corpus should not issue and to file with this Court and serve on Petitioners a statement in support. 28 U.S.C. § 2243 mandates a 20 day period for return; this Court allowed 30 days. No return has been served on Petitioners or filed with this Court, more than 40 days have elapsed.

Averments made in application for Writ of Habeas Corpus are <u>admitted</u>, Federal Rules of Civil Procedure Rule 8(d); Petitioners' Constitutional rights are violated and the Writ must issue, forthwith.

Dated: December 8, 2006

Submitted by:

///

///

*(signature)*
R. D. Ryno, Jr.
c/o Second Opinion Services
10341 Folsom Blvd., #102
Rancho Cordova, CA 95670
(916) 362-2506
Fax: (866) 351-3309

*(signature)*
Matthew Pallone
c/o Second Opinion Services
10341 Folsom Blvd., #102
Rancho Cordova, CA 95670
(916) 362-2506
Fax: (866) 351-3309

*(signature)*
Obriant Webb
c/o Second Opinion Services
10341 Folsom Blvd., #102
Rancho Cordova, CA 95670
(916) 362-2506
Fax: (866) 351-3309

*(signature)*
Billy G. Seward
c/o Second Opinion Services
10341 Folsom Blvd., #102
Rancho Cordova, CA 95670
(916) 362-2506
Fax: (866) 351-3309

*(signature)*
Kodjovi M. Haden
c/o Second Opinion Services
10341 Folsom Blvd., #102
Rancho Cordova, CA 95670
(916) 362-2506
Fax: (866) 351-3309

## **VERIFICATION**

We, the undersigned, pursuant to 28 U.S.C. § 1746(1), declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge, information and belief.

Dated: December 8, 2006

*(signature)*
R. D. Ryno, Jr.

*(signature)*
Matthew Pallone

*(signature)*
Obriant Webb

*(signature)*
Billy G. Seward

*(signature)*
Kodjovi M. Haden

## CERTIFICATE OF SERVICE

I, Kathy Thaut, do hereby declare under penalty of perjury, that I am a citizen of the United States, over the age of 18 and not party to the action, and that I filed a true and correct copy of the above **DEMAND FOR AWARD OF WRIT OF HABEAS CORPUS**, by placing with United States Postal Service Certified Mail # 7005 1820 0006 3627 4902 with postage paid to:

    Clerk of the Court
    U.S.D.C. for the District of Columbia
    333 Constitution Avenue, N.W.
    Washington, DC 20001

Executed this 11th day of December, 2006.

_/s/ Kathy Thaut_
Kathy Thaut

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| R.D. Ryno, Jr., *et. al.*, | ) | Civil Action No. 1:06-CV-00671 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES of AMERICA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### ORDER ISSUING WRIT OF HABEAS CORPUS

It is hereby ordered the Writ of Habeas Corpus for Plaintiffs, R. D. Ryno, Jr., Billy George Seward, Matthew Pallone, Kodjovi Martial Haden and Obriant Webb should immediately issue and R. D. Ryno, Jr., Billy George Seward, Matthew Pallone, Kodjovi Martial Haden and Obriant Webb are to be immediately released from the custody of the Bureau of Prisons or whomever has custody of them.

The Clerk of the Court is directed to furnish a certified copy of this Order to the United States Marshal for the purpose of making service on Plaintiffs' custodians to effect immediate release.

Dated: _____

_____
United States District Judge