RECEIVED
DEC 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| R.D. RYNO JR #27953-077 et al, Petitioners, | § § § |
| v. | § Civil Action No. 1:06CV00671 § § |
| UNITED STATES OF AMERICA et al, Respondents. | § § § |

PETITIONER'S MOTION FOR SUMMARY JUDGMENT
AND OPPOSITION TO EXTENSION OF TIME TO SHOW CAUSE

TO THE HONORABLE JUDGE RICHARD J. LEON:

R.D. Ryno Jr, Petitioner pro se in the above styled and numbered cause of action moves the Court for Summary Judgment for the reasons below:

On October 28, 2006, this Court issued an "Order Directing Respondent To Show Cause"; EXHIBIT "A" to this motion. The Court "ORDERED that respondents, by counsel, shall, within 30 days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of Habeas Corpus should not issue."

The allotted 30 days has past since the Court's show cause order. Pursuant to Federal Rules of Civil Procedure, Rule 56, Summary Judgment, this Court is requested to isssue Summary Judgment in favor of the Petitioner's claim, because the Respondents failed to timely show cause as Ordered by the Court.

Alternatively, if the Court does not issue Summary Judgment in favor of Petitioner, then Petitioner opposes any out-of-time motions for extension of time to show cause as Ordered because Respondent did not timely request an extension and the Respondents cannot show "excusable neglect" as required by F.R.Civ.P. Rule 6. The prosecutor's case load does not rise to the level of "excusable neglect" and the Court is urged to hold Respondents to strict compliance with its Orders and with the rules.

It is so Prayed, may it be so Ordered. Respectfully,

_____
Petitioner (Pro Se)

CERTIFICATE OF SERVICE

I certify I placed a true and correct copy of the foregoing motion in the prison mailbox, properly addressed with prepaid postage attached thereto, on the 12 day of December, 2006, and mailed to the following interested parties:

U.S. Attorney's Office,
District of Columbia
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20001

_____
R.D. Ryno, Jr.      #27953-077
F.C.I. SEA.     P.O. Box 9000
Seagoville, Texas 75159-9000

-2-

# Exhibit "A"

```
October 28, 2006 ORDER DIRECTING RESPONDENT TO SHOW CAUSE
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

R.D. RYNO, JR., *et al.*,

      Petitioners,

v.

UNITED STATES OF AMERICA, *et al.*,

      Respondents.

Civil Action No. 1:06cv00671

ORDER DIRECTING RESPONDENT TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is this 28 day of October 2006,

ORDERED that respondents, by counsel, shall, within 30 days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of the Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshall for the purpose of making service on petitioner's warden and the United States Attorney for the District of Columbia.

RICHARD J. LEON
United States District Judge