UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| R.D. RYNO, Jr. et. al., :<br>    Petitioners : <br>:    **Civil Action No. 06-00671 (RJL)**<br>v. :<br>:<br>UNITED STATES ATTORNEY, et.al., :<br>    Respondents : | |

**NOTICE OF APPEARANCE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Sherri L. Berthrong is counsel of record on behalf of the United States in the above-captioned case.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar Number 498-610

/s/ Robert D. Okun
ROBERT D. OKUN
Assistant United States Attorney
Chief, Special Proceedings Division
D.C. Bar Number 457-078

/s/ Sherri L. Berthrong
SHERRI L. BERTHRONG
Assistant United States Attorney
D.C. Bar No. 249-136
Sherri.Berthrong@usdoj.gov
Special Proceedings Division
555 4th Street, N.W., Room 10-450
Washington, D.C. 20530
(202) 514-6948

-2-

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the instant notice has been filed electronically with the Court and served by mail upon the petitioners, R.D. Ryno, Jr., Fed. Reg. 27953-077, Matthew Pallone, Fed. Reg. # 33605-177, Kodjovi Haden, Fed. Reg. # 33457-177, F.C.I. Seagoville, Federal Correctional Facility, P.O. Box 9000, Seagoville, Texas, 75159, and Billy George Seward, Fed. Reg. #32204-177, FCI Texarkana, Federal Correctional Facility, P.O. Box 7000, Texarkana, Texas, 75505, and Obriant Webb, Fed. Reg. # 32752-177, F.M.C. Devens, Federal Medical Center, P.O. Box 879, Devens, Massachusetts 01434, this 21st day of December, 2006.

                                                     /s/ Sherri L. Berthrong
                                                     Sherri L. Berthrong
                                                     Assistant United States Attorney