UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| R.D. RYNO, Jr. et. al., | : | |
| Petitioners | : | |
| | : | Civil Action No. 06-00671 (RJL) |
| v. | : | |
| | : | |
| UNITED STATES ATTORNEY, et.al., | : | |
| Respondents | : | |

**UNITED STATES' PROPOSED SCHEDULE FOR FILING A RESPONSE
TO PETITIONERS' PETITION FOR A WRIT OF HABEAS CORPUS**

The United States, by and through, its attorney, the United States Attorney for the District of Columbia, respectfully proposes that it be granted 30 days, until January 19, 2007, in which to file a response to the petitioners' petition for a writ of habeas corpus. In support of this motion, the government states:

On December 20, 2006, the United States Attorney's Office for the District of Columbia, was notified of the order to show cause that this Court issued on October 28, 2006 and was asked to provide a time frame for the government's response.[1] Undersigned counsel requests 30 days time to obtain the necessary documents, to research the petitioners' claims, and to prepare a response to the petitioners' petition. This amount of time is reasonable and should not unduly prejudice the petitioners.

A proposed order is attached.

---

[1]Although the order to show cause required a government response within 30 days of service of the petition and order, the 30 day period has not yet begun because the United States Attorney's Office has not been served with either the petition or the order to show cause to date.

-1-

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney
        D.C. Bar Number 498-610

        /s/ Robert D. Okun
        ROBERT D. OKUN
        Assistant United States Attorney
        Chief, Special Proceedings Division
        D.C. Bar Number 457-078

        /s/ Sherri L. Berthrong
        SHERRI L. BERTHRONG
        Assistant United States Attorney
        D.C. Bar No. 249-136
        Sherri.Berthrong@usdoj.gov
        Special Proceedings Division
        555 4th Street, N.W., Room 10-450
        Washington, D.C. 20530
        (202) 514-6948

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the instant motion has been filed electronically with the Court and served by mail upon the petitioners, R.D. Ryno, Jr., Fed. Reg. 27953-077, Matthew Pallone, Fed. Reg. # 33605-177, Kodjovil Haden, Fed. Reg. # 33457-177, F.C.I. Seagoville, Federal Correctional Facility, P.O. Box 9000, Seagoville, Texas, 75159, and Billy George Seward, Fed. Reg. #32204-177, FCI Texarkana, Federal Correctional Facility, P.O. Box 7000, Texarkana, Texas, 75505, and Obriant Webb, Fed. Reg. # 32752-177, F.M.C. Devens, Federal Medical Center, P.O. Box 879, Devens, Massachusetts 01434, this 21st day of December, 2006.

        /s/ Sherri L. Berthrong
        Sherri L. Berthrong
        Assistant United States Attorney