**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **R.D. RYNO, Jr. et. al.,** | : | |
| **Petitioners** | : | |
| | : | **Civil Action No. 06-00671 (RJL)** |
| **v.** | : | |
| | : | |
| **UNITED STATES ATTORNEY, et.al.,** | : | |
| **Respondents** | : | |

**ORDER**

Upon consideration of the United States' Proposed Schedule For Filing A Response to

Petitioners' Petition For A Writ Of Habeas Corpus, and good cause having been shown, it is

hereby **ORDERED**:

The United States shall have until January 19, 2007, within which to file its response to

the Petitioners' Petition For A Writ Of Habeas Corpus.

**SO ORDERED**, this _____day of _____, 2006.

_____
Richard J. Leon
United States District Court Judge

Copies To.

R.D. Ryno, Jr.
Fed. Reg. # 27953-077
Matthew Pallone
Fed. Reg. # 33605-177
Kodjovi Haden
Fed. Reg. # 33457-177
F.C.I. Seagoville
Federal Correctional Institution
P.O. Box 9000
Seagoville, TX 75159

Billy George Seward
Fed. Reg. # 32204-177
F.C.I. Texarkana
Federal Correctional Institution
P.O. Box 7000
Texarkana, TX 75505

Obriant Webb
Fed. Reg. # 32752-177
F.M.C. Devens
Federal Medical Center
P.O. Box 879
Devens, MA 01434

Sherri L. Berthrong
Assistant United States Attorney
Special Proceedings Division
555 4th Street, N.W., Room 10-450
Washington, D.C. 20530