

RECEIVED

JAN 0 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| R.D. Ryno, Jr., *et. al.*, ) | Civil Action No. 1:06-CV-00671 **RJL** |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | MOTION FOR RECONSIDERATION OF |
| ) | DENIAL OF DEMAND FOR HABEAS |
| UNITED STATES of AMERICA, *et al.*, ) | CORPUS AND THE GRANTING OF |
| ) | UNITED STATES' PETITION FOR |
| Defendants. ) | EXTENSION OF TIME |
| ) | |

## MOTION FOR RECONSIDERATION OF DENIAL OF DEMAND FOR HABEAS CORPUS AND THE GRANTING OF UNITED STATES' PETITION FOR EXTENSION OF TIME

Plaintiffs request this Court reconsider its December 28, 2006 denial of Plaintiffs' December 8, 2006 Demand for Award of Writ of Habeas Corpus and the granting of United States' December 21, 2006 Proposed Schedule for Filing Response to Petitioner's Petition for a Writ of Habeas Corpus, for the following reasons, to wit:

1.      On April 12, 2006, Plaintiffs filed a Complaint for Declaration and Habeas relief seeking this Court's clarification of certain elements of the law and paying a fee of $350 therefor.

2.      Plaintiffs filed an application for a Writ of Mandamus with the appellate court in October 2006 because this Court has not responded in a timely manner.

3.      Declaratory relief complaints are an *ex parte* proceeding pursuant to federal law, 28 U.S.C. § 2201 and referral to the Unites States Attorney is inappropriate because the United States Attorney is not authorized to interpret the law.

4.      Plaintiffs are prejudiced by the delays of this Court which have led to their uncertainty as to the interpretation of the law and continuing incarceration beyond Constitutional boundaries.

## RELIEF REQUESTED

Plaintiffs hereby request this Court grant the following relief:

1.      To reconsider the granting of United States' proposal for an extension of time as respondent has no standing in a declaratory relief request; and

2.      Immediate response by this Court to Plaintiffs' request for declaratory relief and other relief as requested in their complaint as relief is overdue and further delays will continue the irreparable harm to Plaintiffs.

Dated: January 2, 2007

Submitted by:

R. D. Ryno, Jr.
c/o Second Opinion Services
10341 Folsom Blvd., #102
Rancho Cordova, CA  95670
(916) 362-2506
Fax: (866) 351-3309

Billy G. Seward
c/o Second Opinion Services
10341 Folsom Blvd., #102
Rancho Cordova, CA  95670
(916) 362-2506
Fax: (866) 351-3309

Matthew Pallone
c/o Second Opinion Services
10341 Folsom Blvd., #102
Rancho Cordova, CA  95670
(916) 362-2506
Fax: (866) 351-3309

Kodjovi M. Haden
c/o Second Opinion Services
10341 Folsom Blvd., #102
Rancho Cordova, CA  95670
(916) 362-2506
Fax: (866) 351-3309

Obriant Webb
c/o Second Opinion Services
10341 Folsom Blvd., #102
Rancho Cordova, CA  95670
(916) 362-2506
Fax: (866) 351-3309

## VERIFICATION

We, the undersigned, pursuant to 28 U.S.C. § 1746(1), declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge, information and belief.

Dated: January 2, 2007

_____
R. D. Ryno, Jr.

_____
Matthew Pallone

_____
Obriant Webb

_____
Billy G. Seward

_____
Kodjovi M. Haden

## CERTIFICATE OF SERVICE

I, Kathy Thaut, do hereby declare under penalty of perjury, that I am a citizen of the United States, over the age of 18 and not party to the action, and that I filed a true and correct copy of the above **MOTION FOR RECONSIDERATION OF DENIAL OF DEMAND FOR HABEAS CORPUS AND THE GRANTING OF UNITED STATES' PETITION FOR EXTENSION OF TIME,** by placing with United States Postal Service Certified Mail # 7005 1820 0006 3627 4902 with postage paid to:

> Clerk of the Court
> U.S.D.C. for the District of Columbia
> 333 Constitution Avenue, N.W.
> Washington, DC 20001

Executed this 3rd day of January, 2007.

_____
Kathy Thaut