RECEIVED
FEB - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

R.D. RYNO, JR., et.al.
    Petitioners

v.

United STATES ATTORNEY, et.al.,
    Respondents

Civil Action No. 06-00671 (RJL)

## MOTION TO DISMISS

The petitioner in this civil action moves this Honorable Court to dismiss his petition for a writ of habeas corpus without prejudice.

### Introduction

1. The movant is R.D. Ryno, Jr., Reg. No. 27953-077, who is currently an inmate at F.C.I. Seagoville, Texas. The respondent is the United States Attorney for the District of Columbia.

### Facts

2. Several petitioners challenged the legality of their respective convictions pro se by petitioning for a writ of habeas corpus under U.S.C. §2241.

3. The movant was advised that the Court will construe that petition for a writ of habeas corpus as a motion filed under 28 U.S.C. §2255.

4. The Court is allowing the petitioners an opportunity to respond after being advised of the consequences of this characterization.

## Conclusion

5. The movant concludes that it would be in his best interest to withdraw his petition from before the Court.

## Prayer

6. The movant prays that this Honorable Court issue an order to dismiss his petition for a writ of habeas corpus without prejudice.

7. A proposed Order is attatched.

I verify under the penalty of perjury, that these facts are true and correct to the best of my knowledge.

1/30/07

R.D. Ryno Jr
Reg. No. 27953-077
F.C.I.
P.O. Box 9000
Seagoville, Texas
    75159-9000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

R.D. RYNO, JR., et.al.
    Petitioners

v.                                        Civil Action No. 06-00671 (RJL)

United STATES ATTORNEY, et.al.,
    Respondents

ORDER TO DISMISS

The following Order is entered this _____ day of January, 2007, in the U.S. District Court for the District of Columbia;

_____ presiding:

Several pro se petitioners challenged the legality of their convictions.

The movant, R.D. Ryno Reg. No. 27953-077, after having been advised that his petition for a writ of habeas corpus under 28U.S.C.§2241 would be construed as a motion filed under 28U.S.C.§2255 and that he was allowed to respond to this characterization, moved this Court to issue an Order to dismiss his petition without prejudice.

IT IS HEREBY ORDERED that the petition of R.D. Ryno is dismissed without prejudice.

_____