UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
FEB 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

R. D. Ryno, Jr., et. al.,            )    Civil Action No. 1:06-CV-00671 (RJL)
                                      )
        Plaintiffs,                   )
                                      )
v.                                    )
                                      )
UNITED STATES OF AMERICA, et. al.,   )    JUDICIAL NOTICE
                                      )
        Defendants.                   )
                                      )

### JUDICIAL NOTICE

Plaintiffs Billy Seward, Matthew Pallone, Kodjovi Haden and Obriant Webb request this court take <u>judicial notice</u> that:

1. On January 8, 2007, this court entered minute Order notifying petitioners [sic] of it's intent to construe plaintiffs declaratory relief action as a motion to vacate filed pursuant to 28 USC §2255 and granted petitioners 30 days from that date to withdraw or file amended pleading.

2. On January 28, 2007, plaintiffs timely responded to the courts intentions by submitting for filing "Request for Ruling on Reconsideration; Objection to Order" attached hereto as Exhibit A and which was received by this court by Certified Mail on February 5, 2007, Postal Receipt attached hereto as Exhibit B, but was never entered on the Docket.

3. On January 30, 2007, Plaintiff R. D. Ryno, Jr. filed with this court "Motion to Dismiss" entered as this court's record #10, which clearly set out his intention to withdraw his complaint (Petition) as to himself only, and which motion was granted by this court on February 7, 2007.

4. On February 7, 2007, this court denied the governments "Motion to Transfer Petitioners' [sic] Petition for a Writ of Habeas Corpus 8" as to all Petitioners (Plaintiffs).

5. Plaintiffs' Exhibit A, "Objection to Order" in reference to this Court's expressed intention to construe Complaint as a §2255, clearly sets forth Plaintiffs' intent to object to construance of complaint for Declaratory Relief as a Motion to Vacate pursuant to §2255 or habeas under §2241.

6. This court's denial of government's "Motion to Transfer Docket #8" is this court's admission that USDC NDT is not an Article III ordained court nor established pursuant to Chapter 5 of Title 28 and is in agreement with Plaintiffs' reading of the law as found to be true by this court per Complaint at paragraph 11, pages 5, subparagraphs (i) and page 6 subparagraph (ix); and page 2, paragraph 6 of Exhibit A, and USDC NDT not of jurisdiction to accept transfer, which clearly entitles the Plaintiffs to relief to which this court agreed by proceeding to relief under habeas.

7. This court determining habeas to be appropriate relief and Plaintiffs' Demand for Award of Writ of Habeas Corpus, Docket #3 still outstanding, §2243 mandates the writ issue; this court exceeding the 20 days limitation for order to show cause:

> 28USCS §2243 requires return to habeas petition to be made within 3 days, with additional 20 days granted for good cause shown, but this total of 23 days cannot be enlarged. Smith v Fenton (1976, ED Ill) 424 F Supp 792, 797, fn 6.

## CONCLUSION

In order to conserve judicial resources, mitigate damages to both this court and Plaintiffs by further unnecessary delay and in the interests of justice, this court must take notice.

Plaintiffs hereby log this judicial ntoice as evidence in case 1:06-CV-00671 (RJL).

Case 1:06-cv-00671-RJL   Document 11   Filed 02/20/2007   Page 3 of 4

## YOU HAVE BEEN NOTICED

### NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL
### NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

Dated: 02-13-20067

Respectfully submitted by,

*[signature]*
Kodjovi M. Haden
c/o Second Opinion Services
10341 Folsom Blvd. #102
Rancho Cordova, CA 95670
(916) 362-2506
FAX: (866) 351-3309

*[signature]*
Billy G. Seward
c/o Second Opinion Services
10341 Folsom Blvd. #2
Rancho Cordova, CA 95670
(916) 362-2506
Fax: (866) 351-3309

*[signature]*
Matthew Pallone
c/o Second Opinion Services
10341 Folsom Blvd. #2
Rancho Cordova, CA 95670
(916) 362-2506
FAX: (866) 351-3309

*[signature]*
Obriant Webb
c/o Second Opinion Services
10341 Folsom Blvd. #2
Rancho Cordova, CA 95670
(916) 362- 2506
Fax: (866) 351-3309

## VERIFICATION

We, the undersigned, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 02-13-20067
*[signature]*
Kodjovi M. Haden

Dated: 2-13-07
*[signature]*
Matthew Pallone

Dated: 02-13-2007
*[signature]*
Billy G. Seward

Dated: 2-13-07
*[signature]*
Obriant Webb

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Judicial Notice, Exhibit A, 1-5 as "Request For Ruling on Reconsideration; Objection to Order", Exhibit B, 1-2 as Postal Receipt, was provided to the Clerk of the Court by placing in the inmate mail box on the 13th day of February, 2007, (Certificate number 7006 0100 0001 6310 4562), with first class postage affixed to 333 Constitution Ave. N.W., Washington, D.C. 20001

_____
Kodjovi M. Haden

_____
Billy G. Seward

_____
Matthew Pallone

_____
Obriant Webb