UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

R. D. Ryno, Jr., et. al.,           )      Civil Action No. 1:06-CV- 00671 (RJL)
                                    )
    Plaintiffs,                    )
                                    )
v.                                  )
                                    )
UNITED STATES OF AMERICA, et. al.,  )
                                    )
    Defendants.                    )
                                    )
_____ )

MOTION FOR ENTRY OF JUDGMENT
AND ISSUANCE OF WRIT OF HABEAS CORPUS;
NOTICE OF VALUATION OF RIGHTS

1. Plaintiffs Seward, Pallone, Haden and Webb, pursuant to Federal Rule of Civil Procedure 58 (d) request that judgment be set forth on a separate document and entered upon the record of this court pursuant to Rule 79(a), this court having adjudged the statements made in Plaintiffs' Complaint, paragraph 11, (i) - (xi) as being true and correct interpretations of the Constitution, Statutes and Rules of Criminal Procedure. Proposed order attached hereto.

2. Subsequent to entry of judgment this court must either:

    (a) issue the writ of habeas corpus pursuant to mandate of Congress under 28 U.S.C. § 2241/43 -- prior Order to Show Cause to Respondent United States being beyond time allowed (30days) and out-of-time response requesting construance of § 2241 as a § 2255 and transfer to respected district of case origin being denied (Clerk's Document Record #10) -- or;

    (b) exercise it's authority under 28 U.S.C. §§ 1651, 2202 and grant common-law habeas corpus, forthwith.

3. In the event this court fails to enter declaratory judgment and/or grant habeas relief as requested above, within 72 hours of this court's receipt hereof, Plaintiffs demand that:

    (a) this court show cause why declaratory judgment should not be entered, inasmuch as this court considered Complaint from

April 12, 2006 until October 30, 2006, which is a period in excess of the discretionary limits of F.R. Civ. P. Rule 57 mandating a speedy hearing and advancement on the claendar as Plaintiffs' liberty is at stake;

(b) this court show cause why -- once finding declaratory judgment was warranted, and this court reached the § 2241 relief requested in Complaint if this court so found for Plaintiffs -- it failed to issue the writ forthwith;

(c) this court show cause why -- after deciding § 2241 was appropriate remedy -- it enlarged the time for Respondent to show cause greater than 23 days as mandated by § 2243, an act decidedly prohibited (Smith v. Fenton, 1976, ED Ill 424 F. Supp 729, 797. Fn 6), in excess of this court's authority and prejudicial to Plaintiffs' rights under the 5th and 14th Amendments to the Constitution of the United States to due process of law;

(d) this court show cause why Plaintiffs' Complaint for Declatory Relief -- the substance thereof seeking declaratory judgment in the first instance and habeas relief as remedy -- if indeed construed and labeled as a § 2241 petition by the Clerk of this court at time of docketing and presentation to this court, this court disregarded Constitutional and Congressional mandate requiring this court to act "forthwith" by application's usurpation of the calendar of the judges and receive prompt attention (Hannigan v. United States, 341 F 2d 587 (1965), by waiting seven months to act under § 2243;"When .... a writ of habeas corpus alleges an unlawful deprivation of liberty, the "Judge entering an application for a writ .... shall <u>forthwith</u> award the writ or issue an order directing the respondent to show cause why the writ should not be granted." Lake v. Gameron 331

f 2d (1964)

(e) this court show cause why -- after ordering the Respondent to show cause why the writ should not issue and denying Respondent's motion to transfer application to the United States District Court, Northern District of Texas -- it failed to grant the writ and order the release of Plaintiffs' from custody;

(f) this court show cause why the actions and omissions of this court as set forth above in paragraphs a-e are not prejudicial to Plaintiffs as violations of Plaintiffs' right to declaratory relief, due process nor a suspension of the writ of habeas corpus.

NOTICE OF VALUATION OF RIGHTS, FREEDOMS AND IMMUNITIES

4. Plaintiffs Seward, Pallone and Webb hereby give the United States notice of their valuation of rights freedoms and immunities in the amount of One Hundred Million (100,000,000) United States <u>dollars</u> and for each and every day of continued deprivation thereof an additional and no less than amount of One Hundred Thousand (100,000) United States <u>dollars</u> per day; and Plaintiff Haden requests that this court take judicial notice of his prior notice of valuation of his rights, freedoms and immunities, attached as Exhibit VI to Complaint, Clerk's Document Record No. 1, and hereby re-notices the United States.

5. Failure of this court to:

(1) sign and enter judgment of declaratory relief as requested in paragraph 1, above;

(2) and/or issue the writ of habeas corpus as required by law and requested in paragraph 2 above as non-discretionary ministerial acts;

(3) or show cause as demanded in paragraph 3, subparagraphs a-f, within 72 hours, is this court's admission that:

(a) the statements made in Plaintiffs' Complaint for Declaratory

       Relief and Judgment at paragraph 11 subparagraph (i) - (xi) are true and correct interpretations of the Constitution, Statutes and Rules of Criminal Procedure;

(b) this court's acts and omissions as set forth in paragraph 3, sub-paragraphs a-e, above, are prejudicial to and violations of Plaintiffs' rights to declaratory relief, due process of law, and habeas corpus;

(c) Plaintiffs are entitled as a matter of law to unconditional release from custody of the United States;

(d) the United States has incurred liability for the false arrest and false imprisonment of Plaintiffs in the statutory amounts as usually paid for such damages, and that compensation is now due and owing plaintiffs;

(e) the United States failure to immediately and unconditionally release the Plaintiffs is the United States knowing and willful acceptance of liability in the amount to each Plaintiff as set forth above in paragraph 4, Valuation of Rights Freedoms and Immunities, and the United States agrees to pay said amounts and accruals and consents and agrees to entry of judgment in the principal amount and accruing amounts against the United States, and in the case no. 1:06-CV-00671 (RJL) and waives any objections and defenses thereto.

Therefore, in the interest of justice and mitigation of damages, Plaintiffs demand this court enter declaratory judgment in favor of Plaintiffs and issue the writ of habeas corpus to result in the immediate and unconditional release of Plaintiffs, forthwith.

**YOU HAVE BEEN NOTICED!**

Dated: March 5, 2007

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL
NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

Respectfully submitted,

*[signature]*
Kodjovi Haden
Fed. Reg. #33457-177
FCI Seagoville
Federal Correctional Institution
P.O. Box 9000
Seagoville, TX 75159

*[signature]*
Billy George Seward
Fed. Reg. #32204-177
F.C.I. Texarkana
Federal Correctional Institution
P.O. Box 7000
Texarkana, TX 75505

*[signature]*
Obriant Webb
Fed. Reg. #32752-177
F.M.C. Devens
Federal Medical Center
P.O. Box 879
Devens, MA 01434

*[signature]*
Matthew Pallone
Fed. Reg. #33605-177


This court is requested to take notice that Plaintiffs have asked this Clerk to file and bring this motion to the court's attention on an expedited basis, time being of the essance; Letter to Clerk attached hereto.


VERIFICATION


   We, the undersigned, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*[signature]*                              *[signature]*
Kodjovi Martial Haden                      Matthew Pallone

*[signature]*                              *[signature]*
Billy George Seward                        Obriant Webb

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| R. D. Ryno, Jr., et. al., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, et. al., )<br>)<br>    Defendants. )<br>)<br>_____) | Civil Action No. 1:06-CV-00671 (RJL)<br><br>JUDGMENT IN A CIVIL CASE |

## JUDGMENT IN A CIVIL CASE

This court declares that the statements made and contained in Plaintiffs' Complaint, paragraph 11, sub-paragraphs (i) through (xi) as they relate to the Constitution, statutes and Federal Rules of Criminal Procedure are true and correct interpretations thereof; and that Defendant United States District Court for the Northern District for the Northern District of Texas lacked subject matter jurisdiction to grant the Defendant United States Attorney authority to proceed with the prosecution of the Plaintiffs, respective indictments in the first instance; and for reason of Defendant United States District Court for the Northern District of Texas want of subject matter jurisdiction, the subject indictments must be and are hereby dismissed with prejudice

    Therefore, it is the judgment of this court and this court hereby **ORDERS**:

    1)    the Attorney General of the United States and the Director of the Bureau of Prisons shall immediately and unconditionally release from custody Plaintiffs Billy G. Seward, Matthew Pallone, Kodjovi Martial Haden and Obriant Webb; and

    2)    Defendant United States of America shall compensate each Plaintiff for false arrest and false imprisonment in the amount of

Page 1 of 2

Fifteen Hundred (1,500) United States <u>dollars</u> for each day of detention by the United States until date of release; and

3) further relief the court may determine by amounts of damage award from actuarials of cases in similar circumstances.

Dates:_____

_____
Richard J. Leon
Judge, United States District Court

CERTIFICATE OF SERVICE

    A true and correct copy of the foregoing Motion for Entry of Judgment and Issuance of Writ of Habeas Corpus; Notice of Valuation of Rights, and Proposed Judgment and Order, Affidavit of Service of Process; return receipt of certified mail and letter to the clerk of the court was sent to the Court by placing a copy in the inmate mail box on the ___30___ day of __March__, 2007 Certified Mail # 7000-1670-0004-8773-4503_____, with first class postage affixed to 333 Constitution Ave. N.W., Washington, D.C. 20001.

_____
Kodjovi M. Haden
Reg. #33457-177
P.O. Box 9000
Seagoville, Texas 75159

_____
Stephanie D. Ruiz, Notary

STEFANIE D RUIZ
Notary Public
State of Texas
My Commission Expires
April 3, 2007

PAGE 6 OF 6

Affidavit of Service of Process

State of Texas   )
County of Dallas)   ss.:

Kodjovi Haden, Personally appears before me, the undersigned officer duly authorized by the laws of Texas to administer oaths, and now on this __30__ day of __March__, in the year 2007 at __7:45 AM__ of said day, being by me first duly sworn on his oath deposes and says:

1. I, Kodjovi Haden, declare under penalty of Perjury under the laws of the United States of America and the State of Texas, that I have provided the Clerk of the Court of the District of Columbia a true and correct copy of the MOTION FOR ENTRY OF JUDGMENT AND ISSUANCE OF WRIT OF HABEAS CORPUS: NOTICE OF VALUATION OF RIGHTS, Proposed Judgment order, and letter to the Clerk of the Court, by placing a copy in the inmate mail box at Seagoville FDC, on the 5th day of March, 2007 (certified mail number 7006-0100-0001-6310-4647 and on the 19th day of March, 2007 the same items were sent certified mail number 7006-0100-0001-6312-4065, with first class postage affixed to 333 Constitution Ave. N.W. Washington, D.C. 20001; and

2. Attached hereto is the proof of return receipt by Nancy Mayer Whittington, Clerk U.S. District Court. After using PACER to check the Clerk Document Record continually from March 10, 2007 until this present day, there is no entry on the docket of my said Motion.

Further Affiant sayeth naught.

Kodjovi Martial Haden

Sworn to and subscribed before me on the __30__ day of __March__ 2007.

Stefanie D. Ruiz, Notary

STEFANIE D RUIZ
Notary Public
State of Texas
My Commission Expires
April 3, 2007

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clerk of the Court
U.S.D.C. for the District
of Columbia
333 Constitution Ave N.W.
Washington DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received (Printed Name) — RECEIVED MAR 2 2007 — C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7006 0100 0001 6312 4065

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

USDC District of Columbia
Clerk of the Court
333 Constitution Ave. N.W.
Washington, D.C. 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ RECEIVED ☐ Agent ☐ Addressee

B. Received (Printed Name) MAR - 9 2007   C. Date of Delivery
   NANCY MAYER WHITTINGTON, CLERK
   U.S. DISTRICT COURT

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7006 0100 0001 6310 4647



**Envelope 1 (return receipt):**

Sender: Please print your name, address, and ZIP+4 in this box

Kodjovi HADEN 33457-177
FCI Seagoville
P.O Box 9000
Seagoville, TX 75159-9000

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**Envelope 2 (return receipt, postmarked 23 MAR 2007):**

Sender: Please print your name, address, and ZIP+4 in this box

Kodjovi HADEN 33457-177
FCI Seagoville
P.O Box 9000
Seagoville, TX 75159-9000

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Nancy Mayer Whittington, Clerk
U.S. District Court
District of Columbia
333 Constitution Ave. N. W.
Washington, D. C. 20001

CERTIFIED MAIL # 7000-1670-0004-8773-4503

Re: 1:06-CV-00671

Dear Ms. Whittington

   I have recently twice sent to this Court a true and correct copy of MOTION FOR ENTRY OF JUDGMENT AND ISSUANCE OF WRIT OF HABEAS CORPUS; NOTICE OF VALUATION OF RIGHTS for filing. I have a proof of service attached hereto that this Court received the said MOTION which was never docketed. I am hereby reminding you of Rule 79 of The Federal Rules of Civil Procedure that "All paper filled with the Clerk... shall be entered... in the civil docket on the folio assigned to the action..." I have also included each time a letter to you requesting said motion be expidited delivery to the Honorable Judge Richard . Leon.

   I am hereby appearing personally in front of Notary Stefanie D. Ruiz so she may witness the placing of this MOTION FOR ENTRY OF JUDGMENT AND ISSUANCE OF WRIT OF HABEAS CORPUS; NOTICE OF VALUATION OF RIGHTS, Affidavit of Service of Process, Postal Return Receipt and this letter to you in the United States mail at Seagoville FDC.

   I am hereby requesting that you file this Motion on the docket and expedite to Judge to Judge Richard J. Leon. In the event I receive back the certified receipt of this Motion and still no filing of this Motion, I will present this to the Circuit Court as evidence and admission of your violation of my and the other Petitioners right to Due Process of law, which is guaranteed by the 5th Amendment-opportunity to be heard-of The Constitution of the United States.

Respectfully,

/s/ Kodjovi Martial Haden
Kodjovi Martial Haden
Reg. No. 33457-177
P.O. Box 9000
Seagoville, TX 75159

Dated:: 3-30-07

/s/ Stefanie D. Ruiz
Stefanie D. Ruiz, Notary

STEFANIE D. RUIZ
Notary Public
State of Texas
My Commission Expires
April 3, 2007

Nancy Mayer Whittington, Clerk
U.S. District Court
District of Columbia
333 Constitution Ave. N. W.
Washington, D. C. 20001

CERTIFIED MAIL # 7000-1670-0004-8773-4503

Re: 1:06-CV-00671

Dear Ms. Whittington

   I have recently twice sent to this Court a true and correct copy of MOTION FOR ENTRY OF JUDGMENT AND ISSUANCE OF WRIT OF HABEAS CORPUS; NOTICE OF VALUATION OF RIGHTS for filing. I have a proof of service attached hereto that this Court received the said MOTION which was never docketed. I am hereby reminding you of Rule 79 of The Federal Rules of Civil Procedure that "All paper filled with the Clerk... shall be entered... in the civil docket on the folio assigned to the action..." I have also included each time a letter to you requesting said motion be expidited delivery to the Honorable Judge Richard . Leon.

   I am hereby appearing personally in front of Notary Stefanie D. Ruiz so she may witness the placing of this MOTION FOR ENTRY OF JUDGMENT AND ISSUANCE OF WRIT OF HABEAS CORPUS; NOTICE OF VALUATION OF RIGHTS, Affidavit of Service of Process, Postal Return Receipt and this letter to you in the United States mail at Seagoville FDC.

   I am hereby requesting that you file this Motion on the docket and expedite to Judge to Judge Richard J. Leon. In the event I receive back the certified receipt of this Motion and still no filing of this Motion, I will present this to the Circuit Court as evidence and admission of your violation of my and the other Petitioners right to Due Process of law, which is guaranteed by the 5th Amendment-opportunity to be heard-of The Constitution of the United States.

Respectfully,

Kodjovi Martial Haden
Reg. No. 33457-177
P.O. Box 9000
Seagoville, TX 75159

Dated:: 3-30-07

Stefanie D. Ruiz, Notary

STEFANIE D RUIZ
Notary Public
State of Texas
My Commission Expires
April 3, 2007