```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
```

RECEIVED
MAY 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

R.D. Ryno, et al, §
§
    Plaintiffs, §   USDC D.C. 06cv00671-RJL
§   USCA No. 06-5336
v. §
§
UNITED STATES OF AMERICA, §   NOTICE OF APPEAL
et al, §
§
    Defendants §

NOTICE OF APPEAL

Plaintiffs, Kodjovi Haden, Matthew Pallone, Billy Seward and Obriant Webb, hereby give notice of appeal to the United States Court of Appeals for the District of Columbia from the denials of Plaintiffs' Motion for Entry of Judgment and Issuance of Habeas Corpus as a final judgment of this court in the above captioned cause, dated April 27, 2007.

This court is requested to forward the record of this case to the appeals court clerk.

Judicial notice is requested that Plaintiffs are filing in the Appelate Court under a prior assigned case no. 06-5336 for which all Plaintiffs have filed forma pauperis documents and have been approved to so proceed and that this original application under this case number was for a mandamus action. Should the appellate court choose to lodge this appeal under a new case number, please transfer the forma pauperis documents to said case.

Dated: May 20, 2007

Respectfully submitted,

_____                         _____
Kodjovi Haden                                                Matthew Pallone

Fed Reg. #33457-177  
FCI Seagoville  
Federal Correctional Institution  
P.O. 9000  
Seagoville, TX 75159

_____  
Billy George Seward  
Fed. Reg. #32204-177  
F.C.I. Texarkana  
Federal Correctional Institution  
P.O. Box 7000  
Texarkana, TX 75505

Fed. Reg. #33605-177  
C/O Second Opinion Services  
5480 Dewey Drive,  
#150-163  
Fair Oaks, CA 95628

_____  
Obriant Webb  
Fed Reg. #32752-177  
F.M.C. Devens  
Federal Medical Center  
P.O. Box 879  
Devens, MA 01434

### VERIFICATION

We, the undersigned, declare under penalty of perjury under the laws of the United Stated of America that the foregoing is true and correct.

_____  
Kodjovi Martial Haden

_____  
Matthew Pallone

_____  
Billy George Seward

_____  
Obriant Webb

### CERTIFICATION OF MAILING

We, the undersigned hereby declare that we placed the foregoing Notice of Appeal into the inmate mail box at Seagoville Federal Detention Center, with first class postage attached thereto, and addressed as follows:

Clerk of the Court  
U.S.D.C. for the District of Columbia  
333 Constitution Avenue, N.W.  
Washington, DC 20001

_____  
Kodjovi Martial Haden

_____  
Matthew Pallone

_____  
Billy George Seward

_____  
Obriant Webb